UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROYAH YARWEH<br>   *Plaintiff,* | : | |
| | : | CIVIL ACTION |
| v. | | NO. 18-4423 |
| | : | |
| GREYHOUND LINES, LLC.<br>   *Defendant.* | : | |

**ORDER**

AND NOW, this 3rd day of September 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 17), Plaintiff's Response thereto (ECF No. 18) and Defendant's Reply (ECF No. 19-3), it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that Plaintiff's Request for a Trial *De Novo* (ECF No. 16) is DENIED as MOOT and the Clerk of Court shall mark the matter CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II  J.